UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:14-CR-00203-03** |
| **VERSUS** | **JUDGE DRELL** |
| **ANITA DESORMEAUX (03)** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

Before the court is the Report and Recommendation (Doc. 609) of the magistrate judge, recommending dismissal of the motion under Fed. R. Crim. P. 60(b) filed by defendant, Anita Desormeaux. (Doc. 589). After de novo review of the entire record in this case, noting the absence of any objections filed in response to the report and recommendation, the court finds that the Report and Recommendation comports with applicable law and jurisprudence and its proposed findings are correct. It is, therefore,

ORDERED that the Report and Recommendation is ADOPTED by this court and, accordingly it is further

ORDERED, ADJUDGED and DECREED that defendant's instant motion pursuant to Fed. R. Crim. P. 60(b) is DENIED and DISMISSED with prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana this _15_ day of January, 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT